RICHARD BILLIN, OSB No. 904546
Attorney for Plaintiffs
311 S. Holly St.
PO Box 279
Medford, OR 97501
Telephone     (541) 776-9900
Facsimile     (541) 776-1005
E-Mail: rich@billinpc.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **KRISTIN LAAK and PAULINO ARTEAGA,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>vs.<br><br>**BAC HOME LOANS SERVICING, LP and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON,**<br><br>　　　　　　　　　　**Defendants.** | Case No.  1:12-cv-1600-CL<br><br>MOTION FOR TEMPORARY RESTRAINING ORDER |

　　　　Plaintiffs, through counsel, and pursuant to FRCP 65 and LR 65, hereby move this Court for its Order restraining Defendants from proceeding with the non-judicial foreclosure of Plaintiffs' residence and requiring Defendants to appear and show cause why a preliminary injunction enjoining Defendants from proceeding with the non-judicial foreclosure of Plaintiffs' residence should not issue. This motion is supported by the

MOTION FOR TEMPORARY RESTRAINING ORDER　　　　　　　　　　　PAGE 1 OF 2

Rich Billin
Attorney at Law
311 S. Holly Street
PO Box 279
Medford, OR 97501
541-776-9900

Complaint filed in this case, the accompanying Memorandum of Law, the Affidavit of the undersigned, and the record before the Court. This motion is authorized by FRCP 65.

Wherefore, Plaintiffs request:

1. A temporary Restraining Order be issued preventing Defendants' proposed foreclosure sale of Plaintiffs' real property which is currently scheduled for September 19, 2012 at 10:00a.m.; and

2. Such other relief as the Court deems necessary and proper.

DATED this 7th day of September, 2012.

By: ___/s/ Richard L. Billin___
RICHARD L. BILLIN, OSB No. 904546
Attorney for Plaintiffs
PO Box 279
Medford, Or 97501
Ph (541) 776 – 9900
Fax (541) 776 – 1005
Email: rich@billinpc.com

MOTION FOR TEMPORARY RESTRAINING ORDER                    PAGE 2 OF 2

Rich Billin
Attorney at Law
311 S. Holly Street
PO Box 279
Medford, OR 97501
541-776-9900